We'll hear argument next in Sejin Precision Industry v. Citibank. As I indicated earlier, Sejin Precision Industry has decided to submit, so we'll hear from Citibank, 172319. May it please the Court, Dan Perry on behalf of the appellees in this case. We just found out yesterday afternoon that the adversary had decided to submit, and I don't want to unnecessarily take up the Court's time. Just briefly, this is a straightforward case. There's been a lot of judicial review on these issues thus far. Judge Hall was actually on two panels on a companion case, Symtec. A petition for a writ of certiorari was recently denied by the Supreme Court in that case, and we have an extensive, well-reasoned opinion from Judge Rakoff on this case on similar issues. I'm not going to take up time. If the Court has questions or specific areas that you'd like to hear argument on, I prepared. I was being mooted by my colleagues yesterday when I got the call, so happy to address anything that the Court would like me to address. It may be that your moot was more exciting than this oral argument. A good moot usually is, Your Honor. Thank you. Thank you. We're sorry about that. Will reserve decision. Well argued on one side. Thank you.